United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R Evans  
John R. Evans  
    Debtors

Case No. 19-10309-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 11, 2019  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.  
db          +John R Evans,    Mailing Address,    PO Box 233,    Colmar, PA 18915-0233  
db          +John R. Evans,    2413 Trewigtown Road,    Colmar, PA 18915-9764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:  
        JOSEPH L QUINN     on behalf of Debtor John R Evans CourtNotices@sjr-law.com  
        JOSEPH L QUINN     on behalf of Debtor John R. Evans CourtNotices@sjr-law.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John R Evans | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-10309-elf |

### ORDER

**AND NOW**, upon consideration of the Motion to Expedite the Hearing on the Sale of Personal Property and Real Property known as 2413 Trewigtown Road, Colmar, PA 18915 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **March 19, 2019, at 1:00 p.m., in the United Stated Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, all secured creditors and all priority creditors by on or before March 11, 2019.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date:  3/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**