# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 19-10309-ELF

JOHN R EVANS

PO BOX 233

COLMAR, PA 18915

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
        JOHN R EVANS

        PO BOX 233

        COLMAR, PA 18915

**Counsel for debtor(s), by electronic notice only.**
        JOSEPH L QUINN
        152 E HIGH ST
        SUITE 100
        POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107


                              /s/ William C. Miller
Date: 3/20/2019


                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee