IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John R Evans : Chapter 13
           Debtor : Bankruptcy No.: 19-10309-elf
: 

**ORDER**

    **AND NOW**, upon consideration of the Debtor's Motion to Sell Personal Property and Real Property, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Debtor is granted permission, pursuant to 11 U.S.C. §§ 362(b), 1303 to sell his personal property and real property known as 2413 Trewigtown Road, Colmar, PA 18915 ("Property") at a price to be determined by arms-length public auction based on the sale procedures stated in the auctioneer's contract attached to the Motion.

2. The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

    a. Costs and fees of sale to be paid to Alderfer Auction.

    b. All liens upon the real estate shall be paid in full at closing as of the date of settlement.

    c. Exempt proceeds up to **$12,000.00** derived from personalty and up to **$17,541,00** derived from the real estate shall be paid to debtor John R Evans.

    d. All remaining proceeds shall be paid to William C. Miller, Chapter 13 Trustee.

3. A preliminary settlement sheet shall be prepared and sent to the Chapter 13 Trustee prior to final settlement of the real estate for inspection. Upon inspection of the report, the Trustee shall promptly notify the title company or Debtor's Counsel of any objection to the sums to be disbursed.

4. The title clerk shall fax a settlement statement from the closing directly to William C. Miller, Chapter 13 Trustee upon the close of the settlement of the real estate to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

Date:  3/19/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**