United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10309-elf
John R Evans                                                          Chapter 13
John R. Evans
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Stacey                Page 1 of 1                  Date Rcvd: Mar 21, 2019
                                  Form ID: pdf900             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db            +John R Evans,    Mailing Address,    PO Box 233,    Colmar, PA 18915-0233
db            +John R. Evans,    2413 Trewigtown Road,    Colmar, PA 18915-9764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:01:57     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                    Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor John R. Evans CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor John R Evans CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John R Evans         :    Chapter 13
        Debtor       :    Bankruptcy No.: 19-10309-elf
                     :

**ORDER**

   **AND NOW**, upon consideration of the Debtor's Motion to Sell Personal Property and Real Property, and after notice and hearing,  it is hereby **ORDERED** as follows:

1.  The Debtor is granted permission, pursuant to 11 U.S.C. §§ 362(b), 1303 to sell his personal property and real property known as 2413 Trewigtown Road, Colmar, PA 18915 ("Property") at a price to be determined by arms-length public auction based on the sale procedures stated in the auctioneer's contract attached to the Motion.

2.  The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

    a.   Costs and fees of sale to be paid to Alderfer Auction.

    b.   All liens upon the real estate shall be paid in full at closing as of the date of settlement.

    c.   Exempt proceeds up to **$12,000.00** derived from personalty and up to **$17,541,00** derived from the real estate shall be paid to debtor John R Evans.

    d.   All remaining proceeds shall be paid to William C. Miller, Chapter 13 Trustee.

3.  A preliminary settlement sheet shall be prepared and sent to the Chapter 13 Trustee prior to final settlement of the real estate for inspection.  Upon inspection of the report, the Trustee shall promptly notify the title company or Debtor's Counsel of any objection to the sums to be disbursed.

4.  The title clerk shall fax a settlement statement from the closing directly to William C. Miller, Chapter 13 Trustee upon the close of the settlement of the real estate to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

Date:  3/19/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**