IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John R. Evans          :          Chapter 13
          Debtor       :          Bankruptcy No.: 19-10309-elf
                                    :

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for John R. Evans, Debtor in the above-captioned matter.

2. That a copy of the application to employ Jill Kaercher and Lori Biechy of Alderfer Auction along with notice of application was served upon parties in interest on March 18, 2019.

3. A certificate of service was filed with this Court on March 18, 2019 declaring service to the parties in interest.

4. No response to said application has been received as of March 29, 2019.


                                            LAW OFFICE OF STEPHEN J. ROSS, PC

                                      BY:    */s/ Joseph Quinn*
                                                 Joseph Quinn, Esquire
                                                 Attorney I.D. No. 307467
                                                 152 E. High Street, Suite 100
                                                 Pottstown, PA  19464
                                                 T: (610) 323 - 5300
                                                 F: (610) 323 - 6081
Date:  March 29, 2019                     JQuinn@sjr-law.com