**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOHN R. EVANS, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10309 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor(s)' Application to Employ Auctioneer ("the Application") (Doc. # 21),

It is hereby **ORDERED** that:

1. The Application is **DENIED** on the ground that it is not necessary for a chapter 13 debtor to obtain court approval to retain a professional. See 11 U.S.C. §327(a) (referring to the trustee, not the debtor)

2. This Order is **WITHOUT PREJUDICE** to the auctioneer's right to obtain compensation from the proceeds of the auction already authorized, (see Doc. # 25), as an administrative expense.

3. If such compensation is requested, the auctioneer shall file an application with this court in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

**Date: April 1, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**