United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R Evans  
John R. Evans  
    Debtors

Case No. 19-10309-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 02, 2019  
                               Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.  
db          +John R Evans,   Mailing Address,   PO Box 233,   Colmar, PA 18915-0233  
db          +John R. Evans,   2413 Trewigtown Road,   Colmar, PA 18915-9764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:39    City of Philadelphia,  
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:04  
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:35    U.S. Attorney Office,  
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                               TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:  
         JOSEPH L QUINN    on behalf of Debtor John R. Evans CourtNotices@sjr-law.com  
         JOSEPH L QUINN    on behalf of Debtor John R Evans CourtNotices@sjr-law.com  
         KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOHN R. EVANS, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10309 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor(s)' Application to Employ Auctioneer ("the Application") (Doc. # 21),

It is hereby **ORDERED** that:

1. The Application is **DENIED** on the ground that it is not necessary for a chapter 13 debtor to obtain court approval to retain a professional. See 11 U.S.C. §327(a) (referring to the trustee, not the debtor)

2. This Order is **WITHOUT PREJUDICE** to the auctioneer's right to obtain compensation from the proceeds of the auction already authorized, (see Doc. # 25), as an administrative expense.

3. If such compensation is requested, the auctioneer shall file an application with this court in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

Date: **April 1, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**