United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10309-elf
John R Evans                                                            Chapter 13
John R. Evans
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: dlv                 Page 1 of 1                 Date Rcvd: Jul 16, 2019
                               Form ID: pdf900           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db            +John R Evans,    Mailing Address,    PO Box 233,    Colmar, PA 18915-0233
db            +John R. Evans,   2413 Trewigtown Road,    Colmar, PA 18915-9764
14259567     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14259568      +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
14279518      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14259570      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14259572      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Mellon Independence Center,
               Philadelphia, PA 19106-1541
14286874      +MTGLQ INVESTORS, L.P,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14296655       MTGLQ Investors, L.P.,    c/o NewRez LLC DBA Shellpoint Mortgage S,    P.O. Box 10826,
               Greenville, SC 29603-0826
14259573      +Newpennfin-shellpointm,    55 Beattie Place,    Greenville, SC 29601-2165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:18     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:22:56
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14259569      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 03:20:03     Capital One,
               Po Box 30253,    Salt Lake City, UT 84130-0253
14259571       E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 03:22:39     Internal Revenue Service,
               Insolvency Section,    PO Box 21126,    Philadelphia, PA 19114
14293930       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:21:08
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor John R Evans CourtNotices@rqplaw.com
          JOSEPH L QUINN    on behalf of Debtor John R. Evans CourtNotices@rqplaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN R EVANS                                   Chapter 13

                Debtor              Bankruptcy No. 19-10309-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 16, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
JOHN R EVANS

PO BOX 233

COLMAR, PA 18915